IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
WESTERN DIVISION

WARREN JACKSON                                                                                    PLAINTIFF

v.                                             4:19-cv-00696-BRW

DOES, *et al.*                                                                                      DEFENDANTS

**ORDER**

Plaintiff is suing "family/police, all of them" because they get government checks and don't want to see [him] do better"; have prevented him from getting his CDL; and have taken things out of his car.[1] Plaintiff also asserts: "I believe in God and go to church."[2]

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[3] Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 7th day of October, 2019.

                                                                                              Billy Roy Wilson
                                                                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] *Id.*

[3] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).